■ PAULUS BROWN, Appellant, v DEBORAH NOCELLA et al., Respondents. [49 NYS3d 888]—

Order, Supreme Court, Bronx County (Donna M. Mills, J.), entered February 24, 2016, which denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously reversed, on the law, without costs, and the motion granted.

Plaintiff established entitlement to judgment as a matter of law in this action for personal injuries sustained when plaintiff's vehicle was struck from behind by defendants' vehicle (see e.g. Santana v Tic-Tak Limo Corp., 106 AD3d 572, 573-574 [1st Dept 2013]). In opposition, defendants failed to provide a nonnegligent explanation for the accident. Defendants' response to the motion consisted of an affirmation of their attorney, who had no personal knowledge, and who argued only that the motion was premature, since discovery was outstand-

ing (see *McCarthy v Art Van Lines USA Inc.*, 144 AD3d 483 [1st Dept 2016]; *Gyabaah v Rivlab Transp. Corp.*, 129 AD3d 447 [1st Dept 2015]). Concur—Sweeny, J.P., Andrias, Moskowitz, Kahn and Gesmer, JJ.